IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL SHANE GARNER        PLAINTIFF

v.       No. 2:11-cv-154-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration       DEFENDANT

## JUDGMENT

The Court affirms the denial of benefits. Garner's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

21 March 2013